UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT DANIEL HOPPER,<br><br>Plaintiff,<br><br>v.<br><br>G. WIGEN WARDEN NORTHWEST DETENTION CENTER *et. al.*,<br><br>Defendants. | Case No. C05-5662FDB<br><br>ORDER |

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). On January 19th, 2006 this court entered an order directing the plaintiff to provide four filled out United States Marshals Service forms and four copies of the first amended complaint so that the court could order the United States Marshals Service to attempt service by mail.

Rather than comply with the court order plaintiff has filed documents indicating he mailed copies of the complaint to the named defendants and he has seen the documents in the custody of at least one defendant.

ORDER - 1

1   The court was clear and concise in the January order.  Plaintiff is again ordered to fill out the
2   four service forms and provide copies of the first amended complaint.  The plaintiff's sending copies
3   of the complaint by mail to the defendants does not constitute service unless the defendants agree to
4   waive service and accept service by mail.  From plaintiff's pleading it is clear at least one defendant
5   threw the complaint into the trash and has not agreed to accept service by mail.

6   Plaintiff has disregarded a court order and his actions have delayed this case.  Plaintiff will be
7   given until **March, 24th, 2006** to comply with the courts January 19th, 2006 order.  If plaintiff fails to
8   follow the court order or his filings are not complete the court will recommend this action be
9   dismissed and may consider other sanctions.  The court will not tolerate a litigant not following a
10  court order

11  The Clerk is directed to send a copy of this Order to plaintiff and to note this matter for the
12  court's March 24th, 2006 docket.

13  DATED this 22nd day of February, 2006.

                                    Karen L. Strombom
                                    United States Magistrate Judge

ORDER - 2