# United States District Court

WESTERN DISTRICT OF WASHINGTON

VINCENT DANIEL HOPPER a/k/a
ANTOLIN ANDREW MARKS

JUDGMENT IN A CIVIL CASE

v.

G. WIGEN, et al

CASE NUMBER: C05-5662FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant's motion to reopen case [Dkt. #42] and for show cause order directed to Defendant Melendez [Dkt. #44] are denied.

| July 24, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk